**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:24-cr-79-DPM**

**MICHAEL DYLAN SHOPTAW** **DEFENDANT**

**FINAL ORDER OF FORFEITURE**

On 12 June 2026, the Court entered a Preliminary Order of Forfeiture ordering Shoptaw to forfeit his interest in the following property:

- a Savage, Model Stevens, 94K, 12 gauge shotgun, bearing serial number B149293;
- an Anderson Manufacturing, Model AM-15, multi-caliber rifle, bearing serial number 19289578;
- a Glock, Model 23, .40 caliber pistol, bearing serial number AFNZ570;
- a Palmetto State Armory, Model Dagger Compact, multi-caliber pistol, bearing serial number FG035805;
- a Palmetto State Armory, Model Dagger Compact, multi-caliber pistol, bearing serial number FG035805;
- a Century Arms, model VKSA 7.62 x 39 caliber pistol, bearing serial number SV7P004016; and

- all ammunition seized on 12 April 2024.

Fed. R. Crim. P. 32.2(b)(1)(A). No third party has filed a timely claim to the property. The Preliminary Order has therefore ripened into a Final Order as to all persons. The government's motion, *Doc. 45*, is granted. The Court confirms the United States' sole and clear title to the property and authorizes the United States Marshal (or his designee) to dispose of the property according to law.

So Ordered.

DPMarshall Jr.
_______________________
D.P. Marshall Jr.
United States District Judge

6 November 2026
_______________________